Rebekah R. Conroy
**STONE CONROY LLC**
25A Hanover Road, Suite 301
Florham Park, NJ 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
Matthew Sheppe
**Reiss Sheppe LLP**
425 Madison Avenue, 19th Floor
New York, New York  10017
(212) 753-2424
msheppe@reisssheppe.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SHELBY BROWN,**<br><br>        **Plaintiff,**<br>v.<br><br>**IANTHUS CAPITAL MANAGEMENT, LLC, et al.**<br><br>        **Defendants.** | **Civil Action No. 21-19693 (MAS)(TJB)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  March 31 2022

/s/ Rebekah R. Conroy
Rebekah R. Conroy, Esq.
rconroy@stoneconroy.com

/s/ Paul P. Josephson
Paul P. Josephson, Esq.
pjosephson@duanemorris.com

| | |
|---|---|
| STONE CONROY LLC<br>25A Hanover Road, Suite 301<br>Florham Park, New Jersey 07932 | DUANE MORRIS LLP<br>1940 Route 70, Suite 100<br>Cherry Hill, New Jersey 08003 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED.**

So Ordered this 1st day of April, 2022.

_____
**Honorable Michael A. Shipp, U.S.D.J.**